**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1471

CHARLES RAWLINGS,

                    Plaintiff - Appellant,

          v.

CITY OF BALTIMORE, Mayor and City Council Dept. of Public
Works,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:10-cv-02077-BEL)

Submitted:  October 18, 2011        Decided:  October 20, 2011

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Rawlings, Appellant Pro Se.   Justin Sperance Conroy,
Assistant Solicitor, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Rawlings appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rawlings v. City of Baltimore, No. 1:10-cv-02077-BEL (D. Md. Apr. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED